UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | | |
|---|---|---|
| **Leland Foster**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:16-cv-2350 |
| v. | ) | |
| | ) | Judge Colin Stirling Bruce |
| **McDonald's Corporation,** a Delaware | ) | |
| Corporation, | ) | Magistrate Judge Eric I. Long |
| | ) | |
| And | ) | |
| | ) | |
| **Dash Management, Inc.,** a Missouri | ) | |
| Corporation | | |
| Defendants. | | |

## JOINT STIPULATION OF
## FULL AND FINAL DISMISSAL WITH PREJUDICE

Plaintiff, Leland Foster, ("Plaintiff") and Defendants, McDonald's Corporation and Dash Management, Inc., ("Defendants"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the voluntary dismissal with prejudice of the above-captioned matter.

1. All of Plaintiff's claims in this Lawsuit will be dismissed with prejudice against being re-filed.

2. Each party shall bear its own attorneys' fees, expert fees, litigation expenses and costs incurred in litigating these claims except as otherwise agreed to in writing among the parties.

Dated: May  15 , 2017     Respectfully submitted,

By: /s/ Owen B. Dunn, Jr.
OWEN B. DUNN JR.
Law Offices of Owen Dunn Jr.
The Ottawa Hills Shopping Center
4334 W. Central Ave., Suite 222
Toledo, OH 43615
(419) 241-9661 (Telephone)
(419) 241-9737 (Facsimile)
dunnlawoffice@sbcglobal.net

**ATTORNEY FOR PLAINTIFF**

By: /s/David E. Stevens
Martin K. LaPointe
David E. Stevens
LaPointe Law, P.C.
1200 Shermer Road, Suite 310
Northbrook, Illinois 60062
Telephone:  847-786-2500
Facsimile:   847-786-2650

**ATTORNEYS FOR DEFENDANT,
DASH MANAGEMENT, INC.**

/s/Barry A. Hartstein
Barry A. Hartstein
Keemya X. Maghsoudi
Littler Mendelson P.C.
321 North Clark Street, Suite 1000
Chicago, Illinois  60654
Telephone:  312-372-5520
Facsimile:   312-324-1001
bhartstein@littler.com

**ATTORNEYS FOR DEFENDANT,
MCDONALD'S CORPORATION**

**CERTIFICATE OF SERVICE**

I hereby certify that on May  15 , 2017, I electronically filed the foregoing document, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Martin K. LaPointe
David E. Stevens
LaPointe Law, P.C.
1200 Shermer Road, Suite 310
Northbrook, Illinois 60062

Barry A. Hartstein
Keemya X. Maghsoudi
Littler Mendelson P.C.
321 North Clark Street, Suite 1000
Chicago, Illinois  60654

                                      */s/ Owen B. Dunn, Jr.*
                                      OWEN B. DUNN JR.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| **Leland Foster**,   ) | |
| ) | |
| Plaintiff,   ) | Case No. 2:16-cv-2350 |
| v.   ) | |
| ) | Judge Colin Stirling Bruce |
| **McDonald's Corporation,** a Delaware   ) | |
| Corporation,   ) | Magistrate Judge Eric I. Long |
| ) | |
| And   ) | |
| ) | |
| **Dash Management, Inc.,** a Missouri   ) | |
| Corporation | |
| | |
| Defendants. | |

## ORDER GRANTING JOINT STIPULATION
## OF FULL AND FINAL DISMISSAL WITH PREJUDICE

The Court has considered the Joint Stipulation of Full and Final Dismissal with Prejudice filed by Plaintiff, LELAND FOSTER, and Defendants, MCDONALD'S CORPORATION and DASH MANAGEMENT, INC., the pleadings on file, and all other things before it.  The Court hereby dismisses this matter with prejudice against being re-filed.  Each party shall bear its own fees, expenses and costs except as otherwise agreed to in writing among the parties.

It is so ORDERED.

SIGNED on this _____ day of _____ 2017.

_____
UNITED STATES DISTRICT JUDGE